02-11-2080&209&210-CR 









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT
 OF APPEALS
 SECOND
 DISTRICT OF TEXAS
 FORT
 WORTH
  
 
 


 

NOS. 02-11-00208-CR
          02-11-00209-CR
          02-11-00210-CR

 

 


 
 
 JAMES LEE CARVER III
 
 
  
 
 
 APPELLANT
 
 


                                                                                                                             

V.

 


 
 
 THE
 STATE OF TEXAS
 
 
  
 
 
 STATE
 
 


 

 

------------

 

FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY

 

------------

 

MEMORANDUM OPINION[1]

 

------------

          Pursuant to plea bargains,
the trial court convicted Appellant James Lee Carver III upon his pleas of
guilty to the first degree felony offenses of possession with intent to deliver
a controlled substance of four grams or more but less than 200 grams (methamphetamine)
(cause numbers 02-11-00208-CR and 02-11-00210-CR) and the second degree felony
offense of possession with intent to deliver a controlled substance of one gram
or more but less than four grams (cocaine) (cause number 02-11-00209-CR), and
sentenced him to twelve years’ confinement, to be served concurrently.

The trial court’s certifications
state that these are plea-bargained cases and that Appellant has no right of
appeal.  Accordingly, we informed Appellant by letter on June 3, 2011, that these
appeals were subject to dismissal unless he or any party desiring to continue
the appeals filed a response showing grounds for continuing the appeals on or
before Monday, June 13, 2011.  See Tex. R. App. P. 25.2(a)(2), (d).  Appellant
filed a response, but it does not show grounds for continuing the appeals. 
Therefore, we dismiss the appeals.  See Tex. R. App. P. 25.2(d),
43.2(f).

 

                                                                             PER
CURIAM

 

PANEL:  MCCOY, MEIER, and GABRIEL,
JJ.

 

DO NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED:  July 21, 2011









[1]See
Tex. R. App. P. 47.4.